**UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| DR. MORTEZA NAGHAVI, M.D., an individual; MEDITEX CAPITAL, LLC, a Delaware limited liability company; and AMERICAN HEART TECHNOLOGIES, LLC, a Delaware limited liability company,<br><br>                                Plaintiffs,<br><br>v.<br><br>BELTER HEALTH MEASUREMENT AND ANALYSIS TECHNOLOGY CO., LTD., a China corporation; ZHUHAI HENGQIN XUANYUAN NO. 8 EQUITY INVESTMENT PARTNERSHIP (LIMITED PARTNERSHIP), a China limited partnership; and DOES 1 through 20, inclusive,<br><br>                                Defendants. | Case No.: 3:20-cv-01723-H-KSC<br><br>**ORDER DIRECTING DEFENDANT BELTER HEALTH MEASUREMENT AND ANALYSIS TECHNOLOGY CO., LTD. TO OBTAIN SUBSTITUTE COUNSEL** |

On September 8, 2021, the law firm of Paul Hastings LLP and its current and former attorneys, Peter M. Stone, Danli C. Guo, and Kevin J. White (collectively, "Paul Hastings"), filed a motion to withdraw as counsel of record for Defendant Belter Health

Measurement and Analysis Technology Co., Ltd. ("Defendant").  (Doc. No. 38.)  Paul Hastings seeks withdrawal on the basis that Defendant allegedly (i) failed to pay its existing legal fees, (ii) is no longer willing to pay for the future fees expected in this case, (iii) has consented to the withdrawal, and (iv) has ceased communications with counsel.  (Doc. No. 38-1 at 2; Doc. No. 38-2, Decl. of Peter M. Stone ¶¶ 3, 5, 7-9.)

Since Defendant is a corporation, it must be represented by counsel in order to appear in this action.  "It is well established that corporations may appear in federal court only through licensed counsel."  Foley v. Allied Interstate, Inc., 312 F. Supp. 2d 1279, 1283 (C.D. Cal. 2004) (citing In re Highley, 459 F.2d 554, 555 (9th Cir. 1972)); see also Civ. L.R. 83.3(j) ("[C]orporations, partnerships and other legal entities, may appear in court only through an attorney").  Paul Hastings states that it informed the Defendant of its obligation to retain counsel to proceed in this litigation.  (Doc. No. 38-1 at 3.)  However, Defendant has not moved to substitute counsel or otherwise indicated that it has retained new counsel to replace Paul Hastings.

Paul Hastings must use their best efforts to encourage cooperation from their clients.  Defendant is directed to obtain substitute counsel **within 30 days of the issuance of this order.**  Defendant is advised that failure to retain counsel risks default judgment.  See U.S. v. High Country Broadcasting Co., Inc., 3 F.3d 1244, 1245 (9th Cir. 1993); Fed. R. Civ. Pro. 55(a).  In light of this order, the Court vacates the hearing scheduled for November 1, 2021 at 10:30 AM concerning the motion to withdraw.  If Belter Health Measurement and Analysis Technology Co., Ltd. fails to comply with this order, it may face sanctions for failing to comply with a court order.  Sanctions may include monetary sanctions or default in this case.  The Court orders Belter Health Measurement and Analysis Technology Co., Ltd. to obtain new counsel to protect its interests in this litigation.

**IT IS SO ORDERED.**

DATED: October 27, 2021

_____
MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT