UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DR. MORTEZA NAGHAVI, M.D., an individual; MEDITEX CAPITAL, LLC, a Delaware limited liability company; and AMERICAN HEART TECHNOLOGIES, LLC, a Delaware limited liability company,<br><br>                    Plaintiffs,<br><br>v.<br><br>BELTER HEALTH MEASUREMENT AND ANALYSIS TECHNOLOGY CO., LTD., a China corporation; ZHUHAI HENGQIN XUANYUAN NO. 8 EQUITY INVESTMENT PARTNERSHIP (LIMITED PARTNERSHIP), a China limited partnership; and DOES 1 through 20, inclusive,<br><br>                    Defendants. | Case No.: 3:20-cv-01723-H-KSC<br><br>**ORDER EXTENDING THE DEADLINE FOR DEFENDANT BELTER HEALTH MEASUREMENT AND ANALYSIS TECHNOLOGY CO., LTD. TO OBTAIN SUBSTITUTE COUNSEL** |

On September 8, 2021, the law firm of Paul Hastings LLP and its current and former attorneys, Peter M. Stone, Danli C. Guo, and Kevin J. White (collectively, "Paul Hastings"), filed a motion to withdraw as counsel of record for Defendant Belter Health

Measurement and Analysis Technology Co., Ltd. ("Defendant"). (Doc. No. 38.) On October 27, 2021, the Court entered an Order directing the Defendant to obtain substitute counsel on or before November 26, 2021. (Doc. No. 39.) Paul Hastings filed a notice stating that it had delivered the Court's Order to the Defendant on October 28, 2021. (Doc. No. 40.) Defendant has not filed a response to the Court's Order or otherwise indicated that it has retained substitute counsel.

Since Defendant is a corporation, it must be represented by counsel in order to appear in this action. Civ. L.R. 83.3(j) ("[C]orporations, partnerships and other legal entities, may appear in court only through an attorney"). The Court will grant Defendant an additional 30 days from the date of this Order to obtain substitute counsel. However, Defendant should take note that failure to retain counsel and comply with this Order risks the Court entering default judgment. See U.S. v. High Country Broadcasting Co., Inc., 3 F.3d 1244, 1245 (9th Cir. 1993); Fed. R. Civ. Pro. 55. Further, failure to comply with a court order may result in monetary sanctions. The Court orders Belter Health Measurement and Analysis Technology Co., Ltd. to obtain new counsel and for the new counsel to enter an appearance in this case **on or before Wednesday, January 12, 2022.**

**IT IS SO ORDERED.**

DATED: December 13, 2021

_____
MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT